STATE OF CONNECTICUT *v.* PETER PEPE

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted unless the defendant files his assignment of errors on or before February 11, 1975.

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).

*Alan E. Silver,* for the appellant (defendant).

Argued February 4—decided February 4, 1975

MITCHELL B. STOCK *v.* JOHN W. COBB ET AL.

The plaintiff's motion to dismiss the appeal by the defendants William and Constance Whitehead from the Superior Court in Fairfield County at Stamford is denied.

*Jack Stock,* for the appellee (plaintiff).

*Allan M. Cane* and *Richard A. Shaffer,* for the appellants (defendants Whitehead et al.)

Argued February 4—decided February 4, 1975

GEORGE E. BRUNSTAD *v.* DONNA L. F. BRUNSTAD

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Vincent S. Tirola* and *Lila Channing,* for the appellee (defendant).

No appearance for the appellant (plaintiff).